IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2009 JUN 12 PM 12: 15

| UNITED STATES OF AMERICA | |
|---|---|
| VS | CRIMINAL NO. 09-CR-208 (GAG) |
| 5-Aida Torres | |

## NOTICE TO MDC-GUAYNABO

### RE: DEFENDANT'S MEDICAL CONDITION AND/OR TREATMENT

Please be advised that the above-captioned defendant is being or has been treated and/or suffers from the following:

_Suicide thoughts, Psychological treatment, disable due to nerves_

Defendant informed he/she is taking the following medications:

_Various unknown and morphine_

In San Juan, Puerto Rico, this 12th day of June, 2009.

s/Marirosa Cabrera-Vélez
Marirosa Cabrera-Vélez
Courtroom Deputy

email: C. Martinez, Esq.